UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **HAROLD JOE BLACK #111111** | **CIVIL ACTION NO. 1:09CV1024 SEC P** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **JAMES LEBLANC, ET AL** | **MAGISTRATE JUDGE KIRK** |

## MEMORANDUM ORDER

Plaintiff, a state prisoner filing pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Fifth Circuit Court of Appeals found on November 28, 2006 in case number 5:05cv1125, that prisoner had, on 3 or more occasions brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or failed to state a claim upon which relief may be granted and barred Plaintiff from proceeding IFP in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. The claims contained in the instant complaint do not allege nor in any way indicate that the plaintiff is under imminent danger of serious physical injury.

IT IS ORDERED that petitioner's application to proceed *in forma pauperis* be **DENIED** and that petitioner pay the $350.00 filing fee within 30 days. Failure to do so will result in the petition being stricken.

THUS DONE June 23, 2009

JAMES D. KIRK
United States Magistrate Judge